John A.V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/09



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY,

        Plaintiff,

vs.

PERSONAL COMMUNICATIONS DEVICES, LLC,

        Defendant.

09 Civ 1349 (SHS) (HBP)

ECF Case

### NOTICE OF MOTION TO STRIKE REPLY MEMORANDUM OF LAW AND SUPPLEMENTAL DECLARATION OF JOHN T. WOLAK OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of John A.V. Nicoletti and the exhibits thereto and upon the accompanying Memorandum of Law, Plaintiff Fireman's Fund Insurance Company ("Fireman's Fund"), by and through its undersigned attorneys, will move this Court, Sidney H. Stein, U.S.D.J., United States District Court, 500 Pearl Street, Courtroom 23A, New York, New York 10007, at a time and on a day to be set by the Court, for an order striking the Reply Memorandum of Law (Doc. No. 19) and the Supplemental Declaration of John T. Wolak (Doc. No. 20) filed by Defendant Personal Communications Devices, LLC ("PCD") in support of its Motion to Transfer Venue Under 28

U.S.C. § 1404(a) or, in the alternative, for an order granting Fireman's Fund leave to file a sur-reply to PCD's reply papers.

Dated: New York, New York
June 4, 2009

                NICOLETTI HORNIG & SWEENEY
                *Attorneys for Plaintiff*

            By:    /s John A.V. Nicoletti
                    John A.V. Nicoletti
                    Wall Street Plaza
                    88 Pine Street, Seventh Floor
                    New York, New York 10005
                    (212) 220-3830

TO:    John T. Wolak, Esq.
        GIBBONS P.C.
        One Gateway Center
        Newark, New Jersey 07102-5310

        *Attorneys for Defendant*